ORIGINAL


**FILED**

10/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0496

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 23-0496

———————————

IN THE MATTER OF:

AUSTIN MILES KNUDSEN,                    **NOTICE OF RECUSAL**

An Attorney at Law,

    Respondent.

———————————

The undersigned hereby gives notice of her recusal in this matter.

The Clerk shall provide a copy of this Notice to all counsel of record.

Dated this 24 day of October, 2024.

———————————————————
                   Justice

**FILED**

OCT 2 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana